# EXHIBIT A

DEBORAH A. BECKER, ET AL

VS

SMITH & NEPHEW INC., ET AL

Plaintiff

Defendant

Smith & Nephew, Inc.
Legal Department - Litigation Group
AUG - 1 2014

20140725111226

Superior Court Of New Jersey

ESSEX Venue

Docket Number: ESX L 3638 14

**Person to be served** (Name and Address):
SMITH & NEPHEW INC
7135 GOODLETT FARMS PKWY
CORDOVA  TN  38016
**By serving:** SMITH & NEPHEW INC

**Attorney:** ANDREW J. RENDA JR., ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**  [X] Served Successfully   [ ] Not Served

Date/Time: 8-1-14 / 1125

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

Teresa Denson
Exec. Asst. Legal

**Description of Person Accepting Service:**

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

_____ day of _____, 20 _____

Notary Signature: _____

_____  _____
Name of Notary       Commission Expiration

I, M.A. Fuller,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server      8/1/2014 /1125  Date

Name of Private Server: _____ Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952

**RENDA & VOYNICK**
*Canfield Office Park*
*912 Pompton Avenue, Suite B-2*
*Cedar Grove, New Jersey 07009*
*(973) 890-1040*
*Attorneys for Plaintiff*

| | |
|---|---|
| DEBORAH A. BECKER and RAYMOND BECKER, her husband, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>: DOCKET NO.: L-003638-14 |
| Plaintiffs, | : |
| v. | : **CIVIL ACTION** |
| SMITH & NEPHEW, INC., ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), | : **SUMMONS** |
| Defendants. | : |

From The State of New Jersey To The Defendant(s) Named Above: **SMITH & NEPHEW, INC.**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: July 21, 2014    s/s Jennifer M. Perez
Jennifer M. Pérez, Acting Clerk of the Superior Court

Name of Defendant to be served: **SMITH & NEPHEW, INC.**
Address of Defendant to be served: **7135 Goodlett Farms Parkway, Cordova, TN 38016**

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Boulevard, First Floor
Atlantic City, New Jersey 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, New Jersey 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
ATTN: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mount Holly, New Jersey 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Floor, Hall of Records
101 S. Fifth Street
Camden, New Jersey 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, New Jersey 08303
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, New Jersey 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
ATTN: Intake
First Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, New Jersey 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House, 1st Floor
583 Newark Avenue
Jersey City, New Jersey 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, New Jersey 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, New Jersey 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Administration Building, Third Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, New Jersey 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, New Jersey 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, New Jersey 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, New Jersey 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, New Jersey 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 18
Salem, New Jersey 08079
LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
Somerville, New Jersey 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, New Jersey 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, New Jersey 08876
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

**RENDA & VOYNICK**
*Canfield Office Park*
*912 Pompton Avenue, Suite B-2*
*Cedar Grove, New Jersey 07009*
*(973) 890-1040*
*Attorneys for Plaintiff*

| | |
|---|---|
| DEBORAH A. BECKER and RAYMOND BECKER, her husband, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>: DOCKET NO.: L-003638-14 |
| Plaintiffs, | : |
| v. | : **CIVIL ACTION** |
| SMITH & NEPHEW, INC., ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), | : **SUMMONS** |
| Defendants. | : |

From The State of New Jersey To The Defendant(s) Named Above: **SMITH & NEPHEW, INC.**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: July 21, 2014        s/s Jennifer M. Perez
                                                                          Jennifer M. Pérez, Acting Clerk of the Superior Court

Name of Defendant to be served:     **SMITH & NEPHEW, INC.**
Address of Defendant to be served:    **7135 Goodlett Farms Parkway, Cordova, TN 38016**

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Boulevard, First Floor
Atlantic City, New Jersey 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, New Jersey 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
ATTN: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mount Holly, New Jersey 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
1st Floor, Hall of Records
101 S. Fifth Street
Camden, New Jersey 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, New Jersey 08303
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, New Jersey 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
ATTN: Intake
First Floor, Court House
1 North Broad Street, P.O. Box 129
Woodbury, New Jersey 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House, 1st Floor
583 Newark Avenue
Jersey City, New Jersey 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, New Jersey 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, New Jersey 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Administration Building, Third Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, New Jersey 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY**
Deputy Clerk of the Superior Court
Court House
71 Monument Park
P.O. Box 1269
Freehold, New Jersey 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, New Jersey 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, New Jersey 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, New Jersey 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 18
Salem, New Jersey 08079
LAWYER REFERRAL
(856) 935-5628
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
Somerville, New Jersey 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, New Jersey 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, New Jersey 08876
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

**RENDA & VOYNICK**
*Canfield Office Park*
*912 Pompton Avenue, Suite B-2*
*Cedar Grove, New Jersey 07009*
*(973) 890-1040*
*Attorneys for Plaintiff*

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ESSEX VICINAGE

MAY 20 2014

FINANCE DIVISION
RECEIVED/FILED

| | |
|---|---|
| DEBORAH A. BECKER and RAYMOND BECKER, her husband, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY DOCKET NO.: L-3638-14 |
| Plaintiffs, | |
| v. | CIVIL ACTION |
| SMITH & NEPHEW, INC., ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), | COMPLAINT, JURY DEMAND, AND DESIGNATION OF TRIAL COUNSEL |
| Defendants. | |

Plaintiffs, Deborah A. Becker and Raymond Becker, her husband, by way of Complaint against the defendants, say:

### FIRST COUNT

1. Defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), owned, designed, manufactured, assembled, packaged, repaired, modified, marketed, sold and/or distributed or otherwise placed in the stream of commerce a certain product more particularly known as a hip implant, hereinafter referred to as "product", and its components.

2. Defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), did so negligently, recklessly, carelessly, and defectively design, manufacture, assemble, package, repair, modify, market, sell and/or distribute or otherwise place in the stream of commerce the aforesaid "product" causing the product to be in a dangerous and unsafe condition.

3. On or about June 1, 2012, the Smith & Nephew, Inc. hip implant was voluntarily recalled.

4. Plaintiff, Deborah A. Becker, only received notification of the voluntary recall on or about April 2013.

5. On or about August 16, 2007, plaintiff, Deborah A. Becker, underwent hip surgery at which time a Nephew & Smith, Inc. hip implant was implanted.

6. On or about September 6, 2013, plaintiff, Deborah A. Becker, was caused to undergo surgery to remove and replace the defective Smith & Nephew, Inc. hip implant as blood work results revealed high levels of cobalt toxicity in her system confirming that the product was defective, unsafe, and unreasonably dangerous.

7. As a direct and proximate result of the negligence, carelessness and reckless conduct of the defendants and the defective and unsafe "product", plaintiff, Deborah A. Becker, sustained severe, disabling and disfiguring injuries, permanent in nature, has been caused, and in the future will be caused, pain and suffering, has and will in the future be caused to incur medical expenses and other economic losses, and has been deprived, and in the future will be deprived, of her right to the enjoyment of life to her great loss and damage.

WHEREFORE, plaintiff, Deborah A. Becker, demands judgment for damages against defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), jointly, severally or in the alternative, together with interest and costs of suit.

## SECOND COUNT

1. Plaintiff repeats the allegations contained in the previous Count of the Complaint as if fully set forth herein.

2.  The plaintiff, Raymond Becker, is the spouse of Deborah A. Becker.

3.  As a direct and proximate result of the injuries sustained by plaintiff, Deborah A. Becker, in the aforesaid accident, the plaintiff, Raymond Becker, has been and will be deprived of the support, society, companionship, consortium and services of plaintiff, Deborah A. Becker.

WHEREFORE, plaintiff, Raymond Becker, demands judgment for damages against defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown), together with interest and costs of suit.

### THIRD COUNT

1.  Plaintiffs repeat and reallege the allegations of the previous Counts as if fully set forth at length herein.

2.  Defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) acted in violation of the New Jersey Product Liability Act N.J.S.A. 2A:58C-1 & seq and are liable to plaintiffs pursuant to the doctrine of strict liability in tort.

WHEREFORE, plaintiffs, Deborah A. Becker and Raymond Becker, her husband, demand judgment for damages against defendants Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) jointly, severally or in the alternative, together with interest and costs of suit.

### FOURTH COUNT

1.  Plaintiffs repeat and reallege the allegations of the previous Counts as if fully set forth at length herein.

2.  Defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) are liable to plaintiffs for breach of

express and/or implied representations and/or warranties.

WHEREFORE, plaintiffs, Deborah A. Becker and Raymond Becker, her husband, demand judgment for damages against defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) jointly, severally or in the alternative, together with interest and costs of suit.

### FIFTH COUNT

1. Plaintiffs repeat and reallege the allegations of the previous Counts as if fully set forth at length herein.

2. Defendants are further liable for failing to properly warn plaintiff of the deficient, faulty, and defectively designed and defectively manufactured product and for failing to provide adequate warnings and precautions to avoid the harm that befell plaintiff.

WHEREFORE, plaintiffs, Deborah A. Becker and Raymond Becker, her husband, demand judgment for damages against defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) jointly, severally or in the alternative, together with interest and costs of suit.

### SIXTH COUNT

1. Plaintiffs repeat and reallege the allegations of the previous Counts as if fully set forth at length herein.

2. Defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) acted in a willful and wanton manner and with a reckless disregard for the safety of the users of their product and according to New Jersey Law are liable for punitive damages.

WHEREFORE, plaintiffs, Deborah A. Becker and Raymond Becker, her husband,

demand judgment for damages against defendants, Smith & Nephew, Inc. and/or ABC Corp. I-X, John Doe I-X, and Jane Doe I-X (said names being fictitious and unknown) jointly, severally or in the alternative, together with interest and costs of suit.

RENDA & VOYNICK
Attorneys for Plaintiffs

BY: _____
JOHN S. VOYNICK, JR., ESQ.

DATED: May 20, 2014

## JURY DEMAND

Demand is hereby made for a trial by jury as to all issues in the within matter.

RENDA & VOYNICK
Attorneys for Plaintiffs

BY: _____
JOHN S. VOYNICK, JR., ESQ.

DATED: May 20, 2014

## DESIGNATION OF TRIAL COUNSEL

TAKE NOTICE that attorney, John S. Voynick, Jr., is hereby designated as trial counsel in the above-captioned litigation for the firm of Renda & Voynick.

RENDA & VOYNICK
Attorneys for Plaintiffs

BY: _____
JOHN S. VOYNICK, JR., ESQ.

DATED: May 20, 2014

## R.4:5-1 CERTIFICATION

I hereby certify, upon information and belief, that the matter in controversy is the subject of other actions pending in State and Federal courts throughout the country.

On the basis of present knowledge, I am not aware of any other parties who should be joined in this action at this time.

RENDA & VOYNICK
Attorneys for Plaintiffs

BY: _____
JOHN S. VOYNICK, JR., ESQ.

DATED: May 20, 2014

**Appendix XII-B1**



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY PAYMENT TYPE: ☐ CK ☐ CG ☐ CA CHG/CK NO. AMOUNT: OVERPAYMENT: BATCH NUMBER: |
|---|---|

| ATTORNEY / PRO SE NAME JOHN S. VOYNICK, JR., ESQ. | TELEPHONE NUMBER (973) 890-1040 | COUNTY OF VENUE Essex |
|---|---|---|
| FIRM NAME (if applicable) RENDA & VOYNICK | | DOCKET NUMBER (when available) |
| OFFICE ADDRESS Canfield Office Park 912 Pompton Avenue, Suite B-2 Cedar Grove, New Jersey 07009 | | DOCUMENT TYPE COMPLAINT |
| | | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) Deborah A. Becker and Raymond Becker, her husband, PLAINTIFFS | CAPTION BECKER v. SMITH & NEPHEW, INC., et als. |
|---|---|

| CASE TYPE NUMBER (See reverse side for listing) 606 | HURRICANE SANDY RELATED? ☐ YES ☒ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|---|
| | | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ YES ☒ NO | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☒ UNKNOWN |

| THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE. |
|---|
| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION |

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO |
|---|
| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION |

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
ESSEX VICINAGE

MAY 20 2014

CIVIL DIVISION
RECEIVED/FILED

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 266  HORMONE REPLACEMENT THERAPY (HRT)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 278  ZOMETA/AREDIA
- 279  GADOLINIUM
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 284  NUVARING
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 288  PRUDENTIAL TORT LITIGATION
- 289  REGLAN
- 290  POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 601  ASBESTOS
- 623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

```
ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK          NJ 07102
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 693-5529
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:   MAY 21, 2014
                        RE:     BECKER VS SMITH & NEPHEW INC
                        DOCKET: ESX L -003638 14

     THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON SEBASTIAN P. LOMBARDI

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (973) 693-6462 EXT 6528.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:

                                     RENDA & VOYNICK
                                     CANFIELD OFFICE PARK
                                     912 POMPTON AVE SUITE B2
                                     CEDAR GROVE     NJ 07009
JUGWIL3
```

# Guaranteed Subpoena Service, Inc.

NAPPS Member
2009 Morris Avenue, Union, New Jersey 07083
Phone: (800) 672-1952 Fax: (908) 688-0885 Email: Info@Served.com

## www.SERVED.com

| | |
|---|---|
| DATE: | 7/25/2014 |
| GSS#: | 20140725111226 |
| TO: | **SHELBY COUNTY SHERIFFS** |
| | 1075 mullins station  BLDG C ROOM 139A - MEMPHIS, TN 38134 |
| Phone: | 9015455500   Fax:       E-mail: |

**SPECIAL INSTRUCTIONS:**
1. GUARANTEED SUBPOENA SERVICE AFFIDAVIT/PROOF OF SERVICE MUST BE COMPLETED IN FULL!
2. IN ACCORDANCE WITH NEW JERSEY RULES OF COURT 4:4-7 WE MUST FILE THE AFFIDAVIT/PROOF OF SERVICE WITHIN THE TIME THE DEFENDANT HAS TO RESPOND. YOUR FAILURE TO IMMEDIATELY RETURN THE AFFIDAVIT WILL NOT ALLOW US TO COLLECT ANY FEES; THEREFORE NO PAYMENT COULD BE MADE FOR YOUR SERVICE!

| | |
|---|---|
| Service is on: | **SMITH & NEPHEW INC**<br>7135 GOODLETT FARMS PKWY<br>CORDOVA, TN  38016 |
| Paper(s) to be served: | SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE |
| Last Day To Serve: | **08/01/2014**   We Have Attached A Witness Fee Of:        Check Number |

PLEASE SERVE ACCORDING TO THE RULES WHERE THE PAPER IS VENUED!! IF YOU DO NOT KNOW THESES RULES -OR- HAVE ANY QUESTIONS PLEASE CALL THE OUT OF STATE DEPT BEFORE ATTEMPTING SERVICE @ 800-672-1952. SEE BELOW FOR ANY SPECIAL INSTRUCTION FOR THIS SERVICE:

**IMPORTANT:**
- SHOULD YOU ENCOUNTER ANY DIFFICULTY IN RENDERING SERVICE, PLEASE CONTACT YOUR GUARANTEED SUBPOENA SERVICE CUSTOMER SERVICE REPRESENTATIVE IMMEDIATELY!
- ALL ACKNOWLEDGEMENTS, FOR SUMMONS, MUST BE FILLED OUT OR SERVICE IS INVALID!
- SERVICE MUST BE EFFECTED IN A MANNER SPECIFIED BELOW:

PLEASE MAKE NO LESS THAN THREE (3) ATTEMPTS BY DUE DATE. PAPER MUST BE SERVED ACCORDING TO THE RULES OF WHERE THE PAPER IS VENUED AND ANY SPECIAL INSTRUCTIONS FOLLOWED. PLEASE RETURN AFFIDAVIT TO GUARANTEED SUBPOENA IN A TIMELY MANNER - ANY QUESTIONS CALL THE OUT OF STATE DEPT.

**TOTAL FEES FOR SERVICES RENDERED SHOULD NOT EXCEED $28.00 WITHOUT ADVANCED AUTHORIZATION! BOTH THIS FORM AND THE PROOF OF SERVICE MUST BE RETURNED BEFORE PAYMENT COULD BE RENDERED!**

